No. 11–9762. DEERE *v.* PALMER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9799. BURRELL *v.* TENNIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–9813. PARVIN *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 11–9824. WADE *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 11–9825. GREEN *v.* WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–9834. GILBERT *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 11–9837. MATHIS *v.* OHIO REHABILITATION AND CORRECTIONS ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–9854. MICOLO *v.* NEW YORK. Sup. Ct. N. Y., Suffolk County. Certiorari denied.

No. 11–9941. SHANKS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9942. STALLWORTH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9944. STRILEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–9958. BOWMAN *v.* KOVSLEK ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–9967. CERVANTES-AGUILAR, AKA AGUILAR CERVANTES, AKA CERVANTES AGUILAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9970. LIGHTFOOT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.